| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| JaVonne M. Phillips, Esq. SBN 187474<br>Matthew B. Learned, Esq. SBN 255499<br>McCarthy & Holthus, LLP<br>1770 Fourth Avenue<br>San Diego, California 92101<br><br>Phone (619) 685-4800 Fax (619) 685-4810<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Washington Mutual Bank, its assignees and/or successors | **FILED & ENTERED**<br><br>**JUN 25 2009**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY ngo       DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Tonja M. Eakes<br><br><br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 8:08-15290-TA<br>DATE: 02/24/09<br>TIME: 10:30 AM<br>CTRM: 5B<br>FLOOR: 5 |
|---|---|

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: Washington Mutual Bank, its assignees and/or successors)**

1. The Motion was: ☐ Contested  ☒ Uncontested  ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   *Street Address:  25031 Adelanto Drive*
   *Apartment/Suite No.:*
   *City, State, Zip Code:  Laguna Niguel, CA 92677*

Legal description or document recording number (including county of recording): 2006000675546, Orange County, California

Lot 176, tract 4906, in the City of Laguna Niguel, County of Orange, State of California, as per map recorded in Book 199, Page 26 to 35 of Maps, in the office of the County Recorder of said County.

Assessor's Parcel No: 637-051-02
   ☐ See attached page

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1) ☒ 11 U.S.C. § 362(d)(2) ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.

   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.

   c. ☐ Modified or conditioned as set forth in Exhibit      to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

(Continued on next page)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                      **F 4001-1O.RP**

Order on Motion for Relief From Stay (Real Property) – *Page 2 of* 3    **F 4001-1O.RP**

| In re<br>Tonja M. Eakes | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:08-15290-TA |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify):*

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

    ☐ transfer of all or part of ownership of, or interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER).*

    d. ☐ See attached continuation page for additional provisions.

###

DATED: June 25, 2009

*[signature: Theodor C. Albert]*
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*    **F 4001-1O.RP**

| In re<br>Tonja M. Eakes | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 8:08-15290-TA |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **03/22/2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**United States Trustee**
ustpregion16.sa.ecf@usdoj.gov

**James A. Joseph**
KValbuena@dgdk.com

**Matthew E. Faler**
mfaler@faler-law.com

**McCarthy & Holthus, LLP.**
bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**DEBTOR**
**Tonja M. Eakes**
**25031 Adelanto Dr.**
**Laguna Niguel, CA 92677**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9021-1.1**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: admin                 Page 1 of 1                  Date Rcvd: Jun 25, 2009
Case: 08-15290                 Form ID: pdf031             Total Noticed: 8

The following entities were noticed by first class mail on Jun 27, 2009.
db           +Tonja M Eakes,   25031 Adelanto Dr.,   Laguna Niguel, CA 92677-1838
aty          +Matthew B Learned,   1770 Fourth Ave,   San Diego, CA 92101-2607
aty          +Matthew E Faler,   17330 Brookhurst St Ste 240,   Fountain Valley, CA 92708-3718
tr           +James J Joseph,   Danning, Gill, Diamond & Kollitz,   2029 Century Park East, 3rd Floor,
               Los Angeles, CA 90067-2901
ust          +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000

The following entities were noticed by electronic transmission on Jun 26, 2009.
aty          +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 26 2009 05:33:12     Erich M Ramsey,
               Ascension Capital Group,   Capital One Auto Finance Department,   PO Box 201347,
               Arlington, TX 76006-1347
cr           +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jun 26 2009 06:04:43
               Ascension Capital Group, Inc.,   Attn: Capital One Auto Finance Dept.,   POB 201347,
               Arlington, TX 76006-1347
cr            E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2009 05:21:54     GE Money Bank,
               c/o Recovery Management Systems Corp,   Ramesh Singh,   25 SE 2nd Avenue  Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Washington Mutual Bank, its assignees and/or succe
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2009**                              **Signature:** _Joseph Speetjens_